# CIVIL CAUSE FOR TELEPHONE CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** January 28, 2010   **TIME:** 30 minutes

**CASE NUMBER:**   2:09-cv-02288-SJF-AKT

**CASE TITLE:**   Quality King Distributors, Inc. v. Wyeth

**PLTFFS ATTY:**   Andre Cizmarik
   X  present       ___ not present

**DEFTS ATTY:**   Bruce S. Kaplan
   X  present       ___ not present

   Amy Penn
   X  present       ___ not present

**COURT REPORTER:** _____      **COURTROOM DEPUTY:** Bryan Morabito

**OTHER:** _____

_X_   CASE CALLED.

_      ARGUMENT HEARD / CONT'D TO_____.

_      DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**   Plaintiff is to disclose the name of their distributer to the defendant by 5:00 PM.   #20 motion is resolved at this conference.