United States District Court
Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 24 2010 ★

**LONG ISLAND OFFICE**

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

10 CV 2354

1) indicated that this case is related to the following case(s):

09 cv 2288

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to

\_\_\_\_ CR/CV _____.