UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------

QUALITY KING DISTRIBUTORS, INC.,

                                    Plaintiff,

          - against -

WYETH,

                                    Defendant.

---------------------------------------------------------------

WYETH,

                                    Counterclaimant,

          - against -

QUALITY KING DISTRIBUTORS, INC.,

                                    Counterclaim Defendant.

---------------------------------------------------------------

Case No. 09 CV 2288 (SJF) (AKT)


**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**


ECF Case

          IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Quality King Distributors, Inc. ("Quality King") and Wyeth, that, pursuant to Fed.R.Civ.P. 41, Quality King's claims and Wyeth's counterclaims in this action are dismissed with prejudice and with each party to bear its own costs, expenses and attorneys' fees.

Dated:   New York, New York
          July 19, 2010

EDWARDS ANGELL PALMER &
     DODGE LLP

_____
Anthony J. Viola
Andre K. Cizmarik
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
acizmarik@eapdlaw.com
Attorneys for Quality King Distributors, Inc.

FRIEDMAN KAPLAN SEILER &
     ADELMAN LLP

_____
Bruce S. Kaplan
Robert S. Landy
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
rlandy@fklaw.com
Attorneys for Wyeth

SO ORDERED

_____
U.S.D.J.