UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

QUALITY KING DISTRIBUTORS, INC.,

                Plaintiff,

- against -

WYETH,

                Defendant.

WYETH,

                Counterclaimant,

- against -

QUALITY KING DISTRIBUTORS, INC.,

                Counterclaim Defendant.

Case No. 09 CV 2288 (SJF) (AKT)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

ECF Case

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Quality King Distributors, Inc. ("Quality King") and Wyeth, that, pursuant to Fed.R.Civ.P. 41, Quality King's claims and Wyeth's counterclaims in this action are dismissed with prejudice and with each party to bear its own costs, expenses and attorneys' fees.

Dated: New York, New York
July 19, 2010

EDWARDS ANGELL PALMER &
DODGE LLP

*/s/ Andre K. Cizmarik*

Anthony J. Viola
Andre K. Cizmarik
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
acizmarik@eapdlaw.com
Attorneys for Quality King Distributors, Inc.

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

*/s/ Robert S. Landy*

Bruce S. Kaplan
Robert S. Landy
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
rlandy@fklaw.com
Attorneys for Wyeth

SO ORDERED.

7/26/10

U.S.D.J.